IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES ... COURT
DENVER

AUG 2 4 2007

GREGORY ... HAM
CLERK

Civil Action No. 06-cv-01244-ZLW

GEORGE RECIO,

    Plaintiff,

v.

KRISTOFER DALE WALTER, under Colorado of Law (sic), Officer, Compacity [sic],

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    This matter is before the Court on the motion for clarification submitted by Plaintiff George Recio and filed with the Court on August 17, 2007. The motion for clarification is GRANTED. In an order filed on August 9, 2006, the Court dismissed the complaint and the instant action without prejudice for Plaintiff's failure within the time allowed to pay the initial partial filing fee or $6.00 or to show cause why he has no assets and no means by which the pay the designated initial partial filing fee. If Plaintiff wishes to pursue his claims, he may do so by initiating a new and separate action. Plaintiff may not use the instant action, or the instant civil action number, to initiate the new action. Plaintiff may obtain copies of the electronic documents filed in this action at a cost of fifty cents per page, to be paid in advance. The Court's electronic filing system does not allow the Court to maintain paper copies. Therefore, Plaintiff should not submit to the Court any documents for which he may want copies.

Dated: August 24, 2007

Copies of this Minute Order mailed on August 24, 2007, to the following:

George Recio
Prisoner No. 108813
Fremont Corr. Facility Bldg 8
PO Box 999
Canon City, CO 81215

_____
Secretary/Deputy Clerk